

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00720-CV

CITY OF LEAGUE CITY, Appellant

V.

CHRISTOBELLE LEBLANC AND STANFORD LEBLANC, Appellees

Appeal from the 122nd District Court of Galveston County.  (Tr. Ct. No. 12-CV-2828).

This case is an appeal from the appealable interlocutory order signed by the trial court on August 18, 2015.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court lacked subject-matter jurisdiction over the case.  Accordingly, the Court **vacates** the trial court's order and **dismisses** the case.

The Court orders that the appellees, Christobelle Leblanc and Stanford Leblanc, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 7, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Chief Justice Radack.